THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CONNIE L. JOHNSON, Appellant.

Beldock, P. J., Christ, Brennan, Hopkins and Benjamin, JJ., concur.